393 A.2d 1271

Barrick v. Chemical Leaman Tank Lines, Inc. (et al., Appellant).  (two cases).

592

Argued April 18, 1978. J. Miller, for appellant at No. 942; Robert S. Garrett, for appellant at No. 1; John E. Evans, Jr., for appellees at Nos. 942 and 1.

Order affirmed.